## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-01936-STV

TIMOTHY JAMES COATES, GENE CLAPS, MARK MITCHELL, and KEVIN CURRIER

    Plaintiffs,

    v.

THE ADAMS COUNTY SHERIFF'S OFFICE, a governmental entity;
RICHARD A. REIGENBORN, in his official and individual capacity

    Defendants.

---

### Stipulated Extension of Time to Respond to Discovery Requests

---

Pursuant to Fed. D.C.COLO.LCivR 6.1(a), the parties have stipulated to an extension of time to as follows:

1. Defendants served interrogatories, requests for production, and requests for admission on Plaintiffs on March 23, 2021.

2. Plaintiffs' responses to these discovery requests are presently due on April 22, 2021.

3. The parties have stipulated to a one-week extension of Plaintiff's time to respond to these discovery requests, up to and including April 29, 2021.

4. Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this stipulation will be served contemporaneously on Plaintiffs.

Respectfully Submitted this 22nd day of April 2021,

| *s/ Felipe Bohnet-Gomez* | *s/ Heidi M. Miller* |
|---|---|
| Felipe Bohnet-Gomez | Heidi M. Miller |
| Iris Halpern | Scott Blaha |
| RATHOD | MOHAMEDBHAI LLC | Kasandra R. Carleton |
| 2701 Lawrence Street, Suite 100 | Adams County Attorney's Office |
| Denver, CO 80205 | 4430 S. Adams County Pkwy |
| (303) 578-4400 | 5th Floor, Suite C5000B |
| ih@rmlawyers.com | Brighton, CO 80601 |
| fbg@rmlawyers.com | (720) 523-6116 |
| | hmiller@adcogov.org |
| | sblaha@adcogov.org |
| | kcarleton@adcogov.org |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

2