IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Courtroom Deputy: Monique Ortiz | FTR - Reporter Deck - Courtroom A402 |
| Date: September 13, 2021 | Alfred A. Arraj United States Courthouse |

Civil Action No. 20-cv-01936-STV

<u>Parties</u>:

TIMOTHY JAMES COATES
GENE CLAPS
MARK MITCHELL
KEVIN CURRIER

    Plaintiff,

v.

ADAMS COUNTY SHERIFF'S OFFICE, THE, and
RICHARD A. REIGENBORN

    Defendant.

<u>Counsel</u>:

Felipe S. Bohnet-Gomez
Benjamin Grant DeGolia

Kerri Booth

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC DISCOVERY HEARING**
**Court in session:   1:00 p.m.**
Court calls case. Appearance of counsel.

This matter is before the court regarding the discovery disputes as set forth in the Joint Statement submitted by the parties.

The court has reviewed the Joint Statement submitted by the parties and will take further arguments.

Arguments by counsel.

For the reasons stated on the record, it is:

**ORDERED:** With respect to Topic 15(d): *The decision to terminate each Plaintiff's employment, including...[a]ny meetings or communications regarding the termination*, the court will allow the topic but will limit it to the time frame from the time the incoming sheriff won the election forward.

With respect to Topic 16: *The termination letters provided to Plaintiffs, (produced at ADAMS_000109-111), including without limitation their authorship, preparation, and contents,* the court will allow the questioning into this topic.

With respect to Topics 24-32, 35: *The material facts and documents upon which ACSO bases its contention set forth in the Paragraph 1 of the Affirmative Defenses in its Amended Answer to Plaintiffs' Complaint asserting that: Plaintiffs' Complaint fails to state a claim upon which relief can be granted*, the court believes this is a fair area of inquiry.

With respect to Topic 33: *The authenticity of the documents disclosed by ACSO in this case pursuant to Rule 26(a)(1)(A)(ii) of the Federal Rules of Civil Procedure*, the court will allow the Rule 30(b)(6) examination into any that the county is contesting the authenticity of the documents.

Discussion regarding the deposition of one more witness that the Plaintiff would like to take.

HEARING CONCLUDED.
**Court in recess:**     1:10 p.m.
Total In-Court Time:     00:10

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 OR AB Litigation Services at (303)629-8534