IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-01936-STV

TIMOTHY JAMES COATES,
GENE CLAPS,
MARK MITCHELL, and
KEVIN CURRIER,

    Plaintiffs,

v.

THE ADAMS COUNTY SHERIFF'S OFFICE, a governmental entity, and
RICHARD A. REIGENBORN, in his official and individual capacity,

    Defendants.

## Declaration of Felipe Bohnet-Gomez

I, Felipe Bohnet-Gomez, declare under penalty of perjury as follows:

1. I am a member in good standing of the bar of this Court and an attorney at Rathod Mohamedbhai LLC, counsel to Plaintiffs Timothy James Coates, Gene Claps, Mark Mitchell, and Kevin Currier in the above-captioned matter. I make this declaration in support of Plaintiffs' Response to Defendants' Motion for Summary Judgment, to place before the Court documents and information necessary for its determination of this motion.

2. Attached as Exhibit Q is a true and correct copy of the Declaration of Michael McIntosh, dated December 9, 2021.

3. Attached as Exhibit R is a is a true and correct copy of excerpts from the deposition of Chris Laws, taken July 30, 2021.

4. Attached as Exhibit S is a is a true and correct copy of excerpts from the deposition of Tommie McLallen, taken August 12, 2021.

5. Attached as Exhibit T is a true and correct copy of excerpts from the Fed. R. Civ. P. 30(b)(6) deposition of Defendant Adams County Sheriff's Office, taken September 15, 2021.

6. Attached as Exhibit U are true and correct copies organizational charts produced by Defendants in discovery, bearing Bates numbers ACSO 089883 and 026438 (Org Charts).

7. Attached as Exhibit V is a true and correct copy of excerpts from the deposition of Mark Toth, taken September 9, 2021.

8. Attached as Exhibit W is a true and correct copy of excerpts from the deposition of Glover Scott Jarmin, taken August 20, 2021.

9. Attached as Exhibit X is a true and correct copy of the Affidavit of Richard A. Reigenborn, submitted in *Nicastle v. Adams Cty. Sheriff's Off.*, No. 10-CV-00816-REB-KMT (D. Colo.) (Reigenborn Aff.).

10. Attached as Exhibit Y is a true and correct copy of Exhibit 68 to the deposition of Richard Reigenborn, bearing Bates numbers ACSO 091420-23 (Employee Speech Policy).

11. Attached as Exhibit Z is a true and correct copy of a portion of the ACSO's written policies, produced by Defendants in discovery, bearing Bates numbers AC 104771-2 (Standards of Conduct).

12. Attached as Exhibit AA is a true and correct copy of a portion of the ACSO's written policies, produced by Defendants in discovery, bearing Bates number AC 104746 (Sheriff's Preface).

13. Attached as Exhibit BB is a true and correct copy of excerpts from the deposition of Karmen Kelsay, taken July 13, 2021.

14. Attached as Exhibit CC is a true and correct copy of the Declaration of Doug Templeton, dated June 15, 2021.

15. Attached as Exhibit DD is a true and correct copy of Exhibit 68 to the deposition of Richard Reigenborn, bearing Bates numbers ADAMS_000102-4 (Reigenborn Interview).

16. Attached as Exhibit EE is a true and correct copy of excerpts from the deposition of Terrance O'Neil, taken March 10, 2021.

17. Attached as Exhibit FF is a true and correct copy of excerpts from Exhibit 70 to the deposition of Richard Reigenborn, bearing Bates numbers AC 005021-27 (Reigenborn Text Messages).

Executed on December 20, 2021, in Denver, Colorado.

　　　　　　　　　　　　　　　　　　　s/ Felipe Bohnet-Gomez
　　　　　　　　　　　　　　　　　　Felipe Bohnet-Gomez