```
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF COLORADO
 3             CIVIL ACTION NO. 20-CV-01936-STV
 4
 5   TIMOTHY JAMES COATES, GENE CLAPS, MARK MITCHELL, AND
 6                      KEVIN CURRIER,
 7                        Plaintiffs
 8
 9                            V.
10
11   THE ADAMS COUNTY SHERIFF'S OFFICE, A GOVERNMENTAL
12    ENTITY; RICHARD A. REIGENBORN, IN HIS OFFICIAL AND
13                    INDIVIDUAL CAPACITY,
14                        Defendants
15
16
17
18
19
20
21
22
23   DEPONENT:   GLOVER SCOTT JARMIN
24   DATE:       AUGUST 20, 2021
25   REPORTER:   ELIZABETH JAREMKO
```

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com



**EXHIBIT W**

1   post orders at the jail?  Yes.  Can the division chief
2   change a post order which is a procedure?  Yes.  But we
3   don't write policy.
4        Q    **In order to be an effective commander, is it**
5   **important that you share the political beliefs of the**
6   **sheriff?**
7        A    No.
8        Q    **You're shaking your head.  That's an**
9   **unequivocal no?**
10       A    That would be my opinion, no.
11       Q    **Why do you say that?**
12       A    I was a registered Republican when he got
13  elected.  Now I'm an independent.
14            MS. CARLETON:  Do you want to clarify who "he"
15     is?
16            THE WITNESS:  Sheriff Reigenborn.
17  BY MR. DEGOLIA:
18       Q    **For the record, "he" is Sheriff Reigenborn?**
19       A    Yes.
20       Q    **Why did it change?  Can I ask?**
21       A    Claps was a nightmare to work with.  He was
22  demeaning, micromanager, put you down, talked through
23  you, was very inappropriate with women, as in,
24  demeaning.  And I witnessed that for two years directly
25  reporting to him.  And I requested to be moved to shift

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

**EXHIBIT W**

1  because I had seen Claps target people, and I didn't
2  want him to target me and ruin my career.  I had to get
3  away from him.
4       Q    So that's why you changed your pa -- your
5  political affiliation from Republican to independent?
6       A    Yeah.  Because I'm -- no, not that reason. But
7  I did.  I left.  I'm not a Democrat.  I'm an
8  independent.
9       Q    So as a commander, do any of your duties
10 relate to partisan political interests?
11      A    No.  There are policies around that.
12      Q    What do you mean?
13      A    There's policies.  I can't go around and
14 campaign for people and stuff like that.  You're on
15 duty.  You're working.  You're paid by the people. We're
16 stewards of the people's money.  We don't go around,
17 "Hey, vote for my guy."  No.  What you do in your off
18 time, you do on your off time.  At work, it's not work.
19      Q    So you think a commander can be just as
20 effective working under a sheriff whose politics he
21 disagrees with as a sheriff whose politics he agrees
22 with?
23      A    Yes.  Why wouldn't -- why -- why couldn't you?
24 If you're there and dedicated to the service of the law
25 enforcement industry, to bettering people's lives, we're

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202
**EXHIBIT W**

PIKE REPORTING COMPANY
YOUR PATH THROUGH LITIGATION

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

1  not about enforcing.  We're about protecting.  What does
2  my political affiliation have to do with protecting
3  people?  My boss can be whatever he wants to be.  I'm
4  here to do my job and go home.  I'm not -- I'm not your
5  lackey.
6      Q   **Do you think a commander can be effective even**
7  **if he actively opposed the new sheriff during an**
8  **election?**
9      A   Yeah.  There were -- there are people that
10 work there now that were from McIntosh.  Gregory,
11 Gregory just became a chief; McKinney, I don't know.
12         You can name dozens of people that were
13 McIntosh -- I voted for McIntosh the first time.  But
14 Claps was a nightmare.  Things had to change because
15 McIntos: The turnover of the jail, the -- just dealing
16 with those situations.  May I give you an example?
17     Q   **Please.  We will talk about this in more**
18 **detail later.**
19     A   Okay.
20     Q   **Okay.**
21     A   Hoping we do.
22     Q   **Okay.  So just hold that thought.  We'll talk**
23 **about that.**
24     A   Okay.
25     Q   **Could you describe a post order for me?  You**

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

**EXHIBIT W**

1   to a chief who reviews their -- reviews the whole case
2   again, and then as I understand, the chief makes a
3   determination like, you know, they continue employment,
4   or they receive training or termination.  And then, as I
5   understand, the chief would present -- bring the
6   employee and present their determination and say, "Now,
7   here's a piece of paper" or "Here's the process to
8   appeal or to take this to the next step."  And then they
9   -- if they choose to take it to the next step, they
10  would go meet with the undersheriff.  And the
11  undersheriff would do whatever he does to review, meets
12  with the employee, I guess, and then the sheriff has
13  ultimate final determination.
14       Q   The process that you just described, is that
15  all part of the internal affairs process?
16       A   As I understand it, without reading the policy
17  directly.
18       Q   Okay.  So before a person's terminated, there
19  is an internal affairs investigation process that the
20  person goes through?
21       A   Yes, as I understand.
22       Q   Is that what you recollect from working on the
23  new policies?
24       A   I'm not there yet.  I haven't done the IA
25  once.  They're still with the attorney in the second

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202



(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

**EXHIBIT W**

Case 1:20-cv-01936-STV   Document 56-9   Filed 12/20/21   USDC Colorado   Page 6 of 6
The Deposition of GLOVER SCOTT JARMIN, taken on August 20, 2021

63

```
 1   draft.  Yeah.  They are.
 2         Q    Can you think of any employees who've been
 3   terminated without an internal affairs investigation?
 4         A    No.  Because even if, like -- years ago, a
 5   deputy came to work drunk, and they got sent home, but
 6   it still goes through the process.
 7         Q    So everyone goes through an IA before they're
 8   terminated?
 9         A    As far as I understand, there was -- I
10   remember there was an inmate or some guy got arrested.
11   He was a deputy.  He was in Boulder County Jail.  I
12   remember the sheriff at that time went over to that jail
13   and terminated the guy.  I don't know if that went
14   through an IA or not.  I'm not on the inside.
15         Q    Approximately when did that happen?
16         A    Maybe 2013 or something like that.  It was
17   under Sheriff Daar.  Pretty sure it's under Sheriff
18   Daar.
19         Q    What had the individual done?
20         A    I think it was -- he was accused of sexual
21   assault on a child.
22         Q    Did you say on a child?  I should really have
23   a table of contents.  I just handed you a document
24   marked Exhibit 30.  Have you seen this document before?
25         A    This was -- this would be an e-mail that
```

Pike Reporting Company
600 17th Street, Suite 2800
Denver, CO 80202

(855) 693-3767 | (720) 738-1300
schedule@yournextdepo.com
www.pikereporting.com

**EXHIBIT W**