3/28/2019     Adams County Sheriff's sergeant calls Colorado voters 'f--king stupid' in Facebook post



Menu    🔍    Watch Live

Quick links... ▼

**NEWS  >  POLITICS**       

# Adams County Sheriff's sergeant calls Colorado voters 'f--king stupid' in Facebook post

Sgt. apologizes, regrets causing offense to voters

**Posted:** 5:41 PM, Nov 09, 2018    **Updated:** 9:25 AM, Nov 10, 2018

 **By:** Tomas Hoppough



https://www.thedenverchannel.com/news/politics/adams-county-sheriff-s-sergeant-calls-colorado-voters-f-king-stupid-in-facebook-post     1/4

**EXHIBIT DD**                                                                 ADAMS_000102



 1 weather alerts

Adams County Sheriff Mike McIntosh, a Republican, lost on Tuesday to Democratic challenger Rick Reigenborn, who received 85,105 votes to McIntosh's 77,444 votes.

After the election, Sergeant Jim Morgen, the current spokesman for the office, went on Facebook and blasted voters for electing Reigenborn, writing "Colorado voters are f--king stupid."

"That's the part that I'm disappointed in. I understand when he wants to take jabs at me. But when he takes jabs at the voters and calls them stupid, those are really concerning to me," Reigenborn said.

Sgt. Morgen wrote on a friend's Facebook page that it made him completely sick "that some complete dumb ass will win as sheriff" with no ability only because he has "D" in front of his name.

"I think it's just a poor choice of somebody using social media," Reigenborn said. "Maybe not in the appropriate way to get his message out."

Sgt. Jim morgen declined an interview with Denver7 but did say his personal and professional life are separate. He released the following statement later in the evening Friday:

> *"I would like to extend an apology for my error in judgment with my Facebook post. I was not acting in an official capacity, rather as a private citizen. Regardless, I understand this reflected poorly on the Adams County Sheriff's Office, Sheriff Mike McIntosh and myself. I have spoken to Sheriff Elect Rick Reigenborn and apologized for my actions. I regret causing any offense to the citizens of Adams County and Colorado."*

**EXHIBIT DD**

ADAMS_000103

3/28/2019     Adams County Sheriff's sergeant calls Colorado voters 'f--king stupid' in Facebook post

    🔔 1 weather alerts

"It is true. There were a couple of restraining orders in the past. They were dropped," Reigenborn said. "One of them was through divorce, and I actually placed the restraining order first."

One thing Reigenborn does admit is he's facing some division at the Adams County Sheriff's Office.

"It's the command staff that wants to continue to be loyal to Sheriff McIntosh," he said.

Copyright 2018 Scripps Media, Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.



### Spring storm will bring more snow to the Colorado mountains

**EXHIBIT DD**     ADAMS_000104