

**EXHIBIT FF**

6

AC 005021



**EXHIBIT FF**

7

AC 005022



Really?
The vote of no confidence stuff is beyond stupid. You saved them!! They owe you the loyalty that deserves.
It's all the good ol boy crap all over again.
They're planning their staff and haven't won anything! Bunch of idiots.
Roger created a lot of monsters out East that are still causing problems.
No doubt.
I'm told Karl has been pushed out and they are treating him like crap.
Delivered
iMessage
Pay
Sent
Local User <DIRI-059_01_RReigenborn-iPhone07_MBL-

EXHIBIT FF

9

AC 005024



Decrypted>
06/06/20 10:09:54 AM
Boost
10:06 AM
100%
1
JV
Jon
I heard Bitterman is in the middle of it as well.
Yep, Kondos too.
Really?
Delivered
The vote of no confidence stuff is beyond stupid. You saved them!! They owe you the loyalty that deserves.
It's all the good ol boy crap all over again.
They're planning their staff and haven't won anything! Bunch of idiots.
Roger created a lot of monsters out East that are still causing problems.
iMessage

**EXHIBIT FF**

10

AC 005025



**Bill Dunning (+13034353180)**
Received
06/06/20 03:37:49 PM
Who sent you all this?

**Local User <DIRI-059_01_RReigenborn-iPhone07_MBL-Decrypted>**
Sent
06/06/20 03:38:33 PM
A friend who doesn't even work here.

**Bill Dunning (+13034353180)**
Received
06/06/20 03:38:54 PM
If there is any truth to any of this, why keep them.

**Bill Dunning (+13034353180)**
Received
06/06/20 03:39:14 PM
Vanzandt?

**Local User <DIRI-059_01_RReigenborn-iPhone07_MBL-Decrypted>**
Sent
06/06/20 03:40:21 PM
If we can prove it, we won't.
Hard to do an IA, if Gregory is involved, he had access to everything.

**Bill Dunning (+13034353180)**
Received
06/06/20 03:45:26 PM
Who's the Commander you trust the most? Swap them.

**Bill Dunning (+13034353180)**
Received
06/06/20 03:46:53 PM

I'd hate to lose him but if he truly is part of all this, you can't have him in the HQ position.

**Local User <DIRI-059_01_RReigenborn-iPhone07_MBL-Decrypted>**
Sent
06/06/20 03:47:15 PM

Robbins and Cordova I think are the two most solid.
The problem is if we move Gregory, who will keep him accountable?
Right now I'm not sure who we can trust.

**Bill Dunning (+13034353180)**
Received
06/06/20 03:50:53 PM

We don't need foxes in the hen house.

[redacted]

**Bill Dunning (+13034353180)**
Received
06/06/20 03:51:53 PM

Their either with you, or their against you.

**Local User <DIRI-059_01_RReigenborn-iPhone07_MBL-Decrypted>**
Sent
06/06/20 03:56:20 PM

The problem is a couple of those bad ones can certainly in fact quite a few of our staff. Hindsight is 2020 and we should have let some of these people start over from scratch. Now I would prefer to do and IA and have their post removed from them.