IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Courtroom Deputy: Monique Ortiz | FTR - Reporter Deck - Courtroom A402 |
| Date: February 24, 2022 | Alfred A. Arraj United States Courthouse |

Civil Action No. 20-cv-01936-STV

<u>Parties</u>:

TIMOTHY JAMES COATES,
GENE CLAPS,
MARK MITCHELL, and
KEVIN CURRIER

    Plaintiffs,

v.

ADAMS COUNTY SHERIFF'S OFFICE, THE, and
RICHARD A. REIGENBORN

    Defendant.

<u>Counsel</u>:

Felipe S. Bohnet-Gomez
Benjamin Grant DeGolia
Iris Halpern

Heidi Michelle Miller
Kassandra R. Carleton

## COURTROOM MINUTES/MINUTE ORDER

**FINAL PRETRIAL CONFERENCE**
**Court in session:   9:25 a.m.**
Court calls case. Appearance of counsel.

This matter is before the court for a Final Pretrial Conference. The court notes the pending motions for summary judgment and advises the parties that the motions will be ruled on sufficiently in advance of the trial to allow the parties to prepare for trial.

Discussion regarding length of trial.

**It is ORDERED:**   The proposed Final Pretrial Order which was submitted to the court is approved and made an order of court.

The following will be held before Magistrate Judge Varholak in courtroom A402:
Trial Preparation Conference: **October 13, 2022 9:30 a.m.**
Nine (9) day Jury Trial: **October 31, 2022 - November 10, 2022 at 8:30 a.m.**

HEARING CONCLUDED.
**Court in recess:**     **9:31 a.m.**
Time In Court:     00:06

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4596 OR AB Litigation Services at (303)629-8534.