## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-01936-STV

TIMOTHY JAMES COATES, GENE CLAPS, MARK MITCHELL, and KEVIN CURRIER

    Plaintiffs,

    v.

THE ADAMS COUNTY SHERIFF'S OFFICE, a governmental entity;
RICHARD A. REIGENBORN, in his official and individual capacity

    Defendants.

## Notice of Supplemental Authority

Plaintiff respectfully submits as supplemental authority relevant to the parties' pending motions pursuant to Fed. R. Civ. P. 56 the case *Strickland v. United States et al.*, No. 21-1346 (4th Cir. Apr. 26, 2022), attached herein as **Exhibit A**. In this case, a panel of circuit court judges, including Judge Briscoe of the Tenth Circuit, held that a public employer's non-discrimination policies and procedures can provide independent grounds for a protected property interest to support a constitutional due process claim. *See id.* at 60-69. The panel focused particular attention on the fact that the employer's non-discrimination policies and procedures provided the employees both substantive and procedural rights. *See id.* at 63-65. Thus, this case supports Plaintiffs' position that Defendant Adams County Sheriff's Office's own non-discrimination policies and procedures afforded Plaintiffs both substantive and procedural rights sufficient to create a protected property interest.

Respectfully Submitted,

RATHOD | MOHAMEDBHAI LLC

/s Benjamin DeGolia
Felipe Bohnet-Gomez
Iris Halpern
Siddhartha Rathod
2701 Lawrence St., Suite 100
Denver, CO 80205
(303) 578-4400
bd@rmlawyers.com
fbg@rmlawyers.com
ih@rmlawyers.com