# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-01936-STV

TIMOTHY JAMES COATES, GENE CLAPS, MARK MITCHELL, and KEVIN CURRIER

    Plaintiffs,

    v.

THE ADAMS COUNTY SHERIFF'S OFFICE, a governmental entity;
RICHARD A. REIGENBORN, in his official and individual capacity

    Defendants.

## Joint Motion to Continue Trial Date

The parties, through counsel, jointly move the court to vacate the current trial setting and any related deadlines and re-set the case for trial after January 2023. In support thereof, they state as follows:

1. The Court held a pretrial conference in this case and entered the current Pretrial Order on February 24, 2022. ECF Nos. 63 and 64. Pursuant to the Pretrial Order, the case is currently set for a nine-day jury trial from October 31, 2022 to November 10, 2022.

2. The election for Adams County Sheriff will take place on Tuesday, November 8, 2022, during the current trial setting.

3. Several developments since the pretrial conference provide good cause for delaying the trial in this case until early 2023.

4. On June 28, 2022, Defendant Reigenborn lost the Democratic party primary election to Plaintiff Claps.

5.     In addition, on or about March 14, 2022, former Adams County Sheriff Michael McIntosh declared his candidacy for Adams County Sheriff. McIntosh then went on to win the Republican party primary election, and thus will join Plaintiff Claps on the ballot in November. McIntosh is expected to be a significant witness at trial in this case.

6.     As such, the trial will currently feature the testimony of both candidates for Adams County Sheriff (Claps and McIntosh), as well as the current, outgoing sheriff (Reigenborn)—all while voters cast their ballots.

7.     Many of the other witnesses in this case are currently employed by the Adams County Sheriff's Office and would be required to testify as both their current supervisor (Reigenborn) and future supervisor (Claps or McIntosh) look on.

8.     Moreover, the certainty that there will be a new sheriff-elect during the trial in this case could raise difficult conflicts of interest issues for the Adams County Attorney's Office, which may be avoided by delaying the trial.

9.     Undersigned counsel certify that they have contemporaneously served a copy of this motion on their respective clients.

Wherefore, the parties respectfully request that the Court vacate the current trial setting and related deadlines and re-set the case for trial after January 2023.

Respectfully Submitted,

| | |
|---|---|
| *s/ Felipe Bohnet-Gomez* | *s/ Heidi M. Miller* |
| Felipe Bohnet-Gomez | Heidi M. Miller |
| Iris Halpern | Kasandra R. Carleton |
| RATHOD | MOHAMEDBHAI LLC | Michael Sink |
| 2701 Lawrence Street, Suite 100 | Adams County Attorney's Office |
| Denver, CO 80205 | 4430 S. Adams County Pkwy |
| (303) 578-4400 | 5th Floor, Suite C5000B |
| ih@rmlawyers.com | Brighton, CO 80601 |
| fbg@rmlawyers.com | (720) 523-6116 |
| | hmiller@adcogov.org |
| | kcarleton@adcogov.org |
| | msink@adcogov.org |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |