**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01936-STV

TIMOTHY JAMES COATES;
GENE CLAPS;
MARK MITCHELL; and
KEVIN CURRIER

      Plaintiffs,

v.

RICHARD A. REIGENBORN, in his official and individual capacity

      Defendant.
_____

**NOTICE OF APPEAL FROM AN APPEALABLE ORDER**
_____

Defendant Richard A. Reigenborn, in his official and individual capacity, through undersigned counsel and pursuant to Federal Rule of Appellate Procedure Rule 3(a) and 4(a) hereby gives notice that he is appealing the above- named case to the United States Court of Appeals for the Tenth Circuit from that portion of the district court's September 28, 2022 Order denying in part Defendant's motion for summary judgment [Doc. No. 71] on Plaintiffs' claims against him in his official capacity.

1

DATED:  October 6, 2022.                    Respectfully submitted,

                <u>*s/Michael A. Sink*</u>
                Michael A. Sink
                Assistant County Attorney
                Heidi M. Miller
                County Attorney
                Kasandra Carleton
                Assistant County Attorney
                Adams County Attorney's Office
                4430 S. Adams County Pkwy
                5th Floor, Suite C5000B
                Brighton, CO  80601
                Phone:  (720) 523-6116
                Fax:  (720) 523-6114
                msink@adcogov.org
                *Counsel  for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that October 6, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

<u>s/Michael A. Sink</u>
Michael A. Sink
Assistant County Attorney
Adams County Attorney's Office
4430 S. Adams County Pkwy
5th Floor, Suite C5000B
Brighton, CO  80601
Phone:  (720) 523-6116
Fax:  (720) 523-6114
msink@adcogov.org
*Counsel for Defendant*