**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01936-STV

**TIMOTHY JAMES COATES;
GENE CLAPS;
MARK MITCHELL;** and
**KEVIN CURRIER**;

      Plaintiff,

v.

**RICHARD A. REIGENBORN,** in his official capacity.

      Defendant.

---

**MOTION TO WITHDRAW HEIDI M. MILLER AND
KASANDRA R. CARLETON AS COUNSEL OF RECORD**

---

Pursuant to D.C. Colo.LAtty R. 5(b), Defendant Sheriff Richard Reigenborn, in his official capacity, respectfully moves this Court to permit the withdrawal of Heidi M. Miller and Kasandra R. Carleton from representing Sheriff Reigenborn in this case.

As good cause for this motion, Sheriff Reigenborn states as follows:

1. On September 28, 2022, the Court granted in part Defendants' motion for summary judgment. [ECF No. 71.] In part, that order dismissed out the "Adams County Sheriff's Office" as a defendant. [*Id.* at 42.] It further granted Sheriff Reigenborn qualified immunity in his personal capacity. [*Id.*] The Court denied summary judgment for Sheriff Reigenborn in his official capacity, which the Court held was equivalent to suing Adams County, Colorado. [*Id.* at 34 & 42.]

2. On October 6, 2022, Sheriff Reigenborn, in his official and individual capacities filed a notice of appeal to the Tenth Circuit from this Court's September 28, 2022 orders. [ECF No. 72.] *See* Case No. 22-1339, *Coates, et al v. Reigenborn, et al*. The filing of the notice of appeal divested this Court of jurisdiction over all but collateral matters. *See Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982). Where, as here, the moving party will remain represented by the counsel, the withdrawal of other counsel is a ministerial matter over which the district court retains jurisdiction. *See*, *e.g.*, *Stewart v. Donges*, 915 F.2d 572, 575 n.3 (10th Cir. 1990) (district court retains jurisdiction over ministerial matters and matters tangential to the appeal).

3. On November 8, 2022, Plaintiff Gene Claps was elected as the Adams County Sheriff. His term of office begins on January 10, 2023.

4. The Adams County Attorney's office represents elected county officials in Adams County. Attorneys Miller and Carleton wish to withdraw from defending this litigation in order to provide advice to the new Sheriff regarding his statutory duties and obligations. Although no conflict exists with Mr. Claps' private interests, a litigation screen will be implemented consistent with Colo. RPC 1.11, Cmt. [2] and *People v. Shari*, 204 P.3d 453, 459 (Colo. 2009).

5. Attorneys Miller and Carleton have also filed a motion to withdraw from the pending appeal in Case No. 22-1339, *Coates, et al v. Reigenborn, et al*. Plaintiffs did not oppose that motion.

6. Sheriff Reigenborn will continue to be represented by Attorney Michael A. Sink in this case and in the appeal.

7. The granting of this motion will not prejudice any party.

8.	The undersigned certifies that he will serve a copy of this motion on Sheriff Reigenborn and counsel for the Plaintiff.

9.	Sheriff Reigenborn and counsel Michael A. Sink are aware of the matters in this case as required by D.C. Colo.LAtty R. 5(b), including pending deadlines and Court orders.

WHEREFORE, Sheriff Reigenborn respectfully requests the Court grant this motion and permit Heidi M. Miller and Kasandra R. Carleton to withdraw as counsel of record, and to remove their names from the electronic certificate of mailing.

DATED: November 15, 2022.	Respectfully submitted,

*s/Michael A. Sink*
Michael A. Sink
Assistant Adams County Attorney
Adams County Attorney's Office
4430 S. Adams County Pkwy
5th Floor, Suite C5000B
Brighton, CO  80601
Phone:  (720) 523-6116
Fax:  (720) 523-6114
msink@adcogov.org
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. An electronic copy of the filed motion will also be provided to Sheriff Reigenborn.

*s/Michael A. Sink*
Michael A. Sink
Assistant Adams County Attorney
Adams County Attorney's Office
4430 S. Adams County Pkwy
5th Floor, Suite C5000B
Brighton, CO  80601
Phone:  (720) 523-6116
Fax:  (720) 523-6114
msink@adcogov.org
*Attorney for Defendant*
