FILED
United States Court of Appeals
Tenth Circuit

November 4, 2022

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| TIMOTHY JAMES COATES, et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> RICHARD A. REIGENBORN, in his official and individual capacities, <br><br> Defendant - Appellant, <br><br> and <br><br> ADAMS COUNTY SHERIFF'S OFFICE, <br><br> Defendant. | No. 22-1339 <br> (D.C. No. 1:20-CV-01936-STV) <br> (D. Colo.) |

_____

**ORDER**

_____

This matter is before the court on Appellees' *Motion to Dismiss Appeal for Lack of Appellate Jurisdiction* and Appellant's *Response* thereto.

Appellees' motion to dismiss, Appellant's response, and any reply that may be filed by Appellees, are referred to the panel of judges that will later be assigned to consider this appeal on the merits. No decision on the jurisdictional issue will be made at this time.

This appeal will proceed to briefing on the merits. Appellant's opening brief and appendix shall be filed within 40 days from the date of this order.

        Entered for the Court
        CHRISTOPHER M. WOLPERT, Clerk

        */s/ Sunil N. Rao*

        By: Sunil N. Rao
            Counsel to the Clerk