# JoLeen Deaguero

**From:** ca10_cmecf_notify@ca10.uscourts.gov
**Sent:** Monday, November 14, 2022 7:11 AM
**To:** JoLeen Deaguero
**Subject:** 22-1339 Coates, et al v. Reigenborn, et al "Order filed"

Please be cautious: This email was sent from outside Adams County

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Tenth Circuit Court of Appeals

### Notice of Docket Activity

The following transaction was entered on 11/14/2022 at 7:10:46 AM Mountain Standard Time and filed on 11/14/2022

**Case Name:** Coates, et al v. Reigenborn, et al
**Case Number:** 22-1339

**Docket Text:**
[10954798] Minute order filed by Clerk of the Court - Appellees' reply in support of their motion to dismiss appeal for lack of appellate jurisdiction is referred to the panel that will be assigned to consider this appeal on the merits, per the court's November 4, 2022 order. Appellant's opening brief and appendix remain due December 14, 2022. Served on 11/14/2022. Text only entry - no attachment. [22-1339]

**Notice will be electronically mailed to:**

Felipe Bohnet-Gomez: fbg@rmlawyers.com, hr@rmlawyers.com, dn@rmlawyers.com, cht@rmlawyers.com, ih@rmlawyers.com
Ms. Kerri Ann Booth: kbooth@adcogov.org, kvis@adcogov.org, tpink@adcogov.org, jdeaguero@adcogov.org, balbright@adcogov.org
Ms. Kasandra R. Carleton: kcarleton@adcogov.org, kvis@adcogov.org
Ms. Iris Halpern: ih@rmlawyers.com, hr@rmlawyers.com, dn@rmlawyers.com, cht@rmlawyers.com
Ms. Heidi Michelle Miller: hmiller@adcogov.org, kvis@adcogov.org, tpink@adcogov.org, jdeaguero@adcogov.org
Siddhartha Hardas Rathod, Attorney: sr@rmlawyers.com, hr@rmlawyers.com, tk@rmlawyers.com
Michael A. Sink: msink@adcogov.org, kvis@adcogov.org, tpink@adcogov.org, jdeaguero@adcogov.org