## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01936-STV

TIMOTHY JAMES COATES;
GENE CLAPS;
MARK MITCHELL; and
KEVIN CURRIER

      Plaintiffs,

v.

RICHARD A. REIGENBORN, in his official and individual capacity

      Defendants.

_____

## DEFENDANT'S NOTICE OF FILING OF
## OPENING BRIEF IN APPEAL NO. 22-1339

_____

As referenced in Defendant's response to Plaintiff's motion for an order certifying the Defendant's appeal as frivolous filed on December 12, 2022 [ECF No. 83 at 9, ¶ 32; 11], the Sheriff's opening brief to the Tenth Circuit was not due until December 14, 2022. The Sheriff has now filed his opening. A copy of the brief is attached as Exhibit A for the Court's reference.

DATED:  December 14, 2022.          Respectfully submitted,


_s/Michael A. Sink_
Michael A. Sink
Assistant County Attorney
Adams County Attorney's Office
4430 S. Adams County Pkwy
5th Floor, Suite C5000B
Brighton, CO  80601
Phone:  (720) 523-6116
Fax:  (720) 523-6114
msink@adcogov.org
_Counsel for Defendant Sheriff Reigenborn_

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Michael A. Sink*
Michael A. Sink
Assistant County Attorney
Adams County Attorney's Office
4430 S. Adams County Pkwy
5th Floor, Suite C5000B
Brighton, CO  80601
Phone:  (720) 523-6116
Fax:  (720) 523-6114
msink@adcogov.org
*Counsel  for Defendant*
*Richard A. Reigenborn*

3