## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-01936-STV

TIMOTHY JAMES COATES,
GENE CLAPS,
MARK MITCHELL, and
KEVIN CURRIER,

      Plaintiffs,

      v.

THE ADAMS COUNTY SHERIFF'S OFFICE, a governmental entity, and
RICHARD A. REIGENBORN, in his official and individual capacity,

      Defendants.

## Notice of Appeal

All Plaintiffs appeal to the United States Court of Appeals for the Tenth Circuit from the part of the September 28, 2022 order [ECF No. 71] granting Defendant qualified immunity in his individual capacity. This is a cross-appeal to Case No. 22-1339.

      Respectfully Submitted,

      RATHOD | MOHAMEDBHAI LLC

      /s Felipe Bohnet-Gomez
      Felipe Bohnet-Gomez
      2701 Lawrence St., Suite 100
      Denver, CO 80205
      (303) 578-4400
      fbg@rmlawyers.com

      *Attorneys for Plaintiffs*