# STATE OF COLORADO

**Division of Local Government**
1313 Sherman Street, Suite 521
Denver, Colorado 80203
Phone: (303) 866-2156
TDD: (303) 866-5300



## LOCAL GOVERNMENT
## DESIGNATED AGENT INFORMATION FOR NOTICE OF CLAIM
## HB12-1244

|  |  | Date | 12/30/13 | LGID | 01001 |
|---|---|---|---|---|---|
| **Local Government Information**[1] | Official Name | Adams County | | | |
| | Principal Address | 4430 S. Adams County Pkwy., Ste. C5000B | | | |
| | Mailing Address (if not same as above) | | | | |
| | City | Brighton | State | CO | Zip | 80601 |

| **Designated Agent**[2] | Agent Name | Heidi Miller |
|---|---|---|
| | Agent Title | County Attorney |
| | Agent Mailing Address (if not same as above) | |
| | Agent Alt. Address | |
| | City | | State | | Zip | |

I hereby certify the contact information provided in this filing is true and accurate for purposes of compliance with the requirements of 24-32-116 C.R.S.

Received
DEC 3 0 2013
Dept. of Local Affairs

X _____
Authorized Signatory

Title: County Attorney

DATE: 12/30/13

---

[1] Local governments for purposes of this form are all governments not required to comply with 32-1-104 (2); those include municipalities, counties, city & counties, non-Title 32-1 special districts, school districts, and any other local government pursuant to statute.
[2] Person designated by a local governmental entity to receive a filing of a notice of claim pursuant to 24-10-109 (3) C.R.S.
>Title 32-1 special districts official contact communicated annually by January 15th will be utilized as those local government's agents pursuant to 24-32-116.