

Heidi Miller
COUNTY ATTORNEY

County Attorney's Office
4430 South Adams County Parkway
5th Floor, Suite C5000B
Brighton, CO 80601-8206
PHONE 720.523.2967
FAX 720.523.2969

August 18, 2020

**VIA EMAIL**

Richard A. Reigenborn (rreigenborn@adcogov.org)

Re:   *Timothy James Coates, et al. v. the Adams County Sheriff's Office and Richard A. Reigenborn*
20-cv-01936-STV

Dear Sheriff Reigenborn:

This letter is to inform you that the Board of County Commissioners has authorized the County Attorney's Office to defend you in this action, pursuant to the Colorado Governmental Immunity Act, § 24-10-101, *et seq.*, C.R.S., as amended. This defense is undertaken with the understanding that you are or were an employee of Adams County during the relevant time period(s) identified in the complaint and any actions you allegedly took or failed to take, as identified in the complaint, were within the scope of your employment and were not willful or wanton in nature. Provided these conditions are true and you comply with the terms and provisions set forth herein, Adams County will assume the legal costs of your defense and will pay any judgments or settlement costs arising from this action in accordance with the requirements of the Governmental Immunity Act.

In accordance with the Colorado Rules of Professional Conduct, you are hereby expressly advised that the County Attorney's Office may be representing other named defendants in this action, including the Sheriff's Office. The County Attorney's Office reasonably believes that its multiple representation of defendants in this case will not adversely affect its ability to adequately and properly represent you. Your communications with the County Attorney's Office will be considered confidential and subject to the attorney-client privilege, but our office may share information with the Board of County Commissioners and/or other defendants in order to provide for your common defense.

In the event that the County Attorney's Office determines that its representation of multiple defendants in this action will materially interfere with its independent judgment in considering alternatives or will foreclose courses of action that reasonably should be pursued on behalf of any defendant, it may withdraw from representing certain defendants as necessary to resolve the conflict of interests. If this occurs, you will be immediately informed by our office and alternatives for legal representation will be discussed.

BOARD OF COUNTY COMMISSIONERS

| Eva J. Henry | Charles "Chaz" Tedesco | Emma Pinter | Steve O'Dorisio | Mary Hodge |
| DISTRICT 1 | DISTRICT 2 | DISTRICT 3 | DISTRICT 4 | DISTRICT 5 |

AC 008009

In agreeing to be represented by the County Attorney's Office, you agree to fully cooperate with our office in the preparation of your defense. This includes, but may not be limited to, honestly and wholly disclosing all relevant information you have concerning this action, participating in depositions or other discovery procedures, attending settlement conferences or other meetings, and testifying in court proceedings. If you leave the employment of the county during the pendency of this lawsuit, or if you change your address or telephone number, you must immediately notify the County Attorney's Office of the change.

Please be advised that you may, at your own expense, hire an attorney to represent you in this action. If you choose to do so, you must notify our office immediately of the name of your attorney.

If you agree to being represented by the County Attorney's Office, and to all of the terms and provisions contained herein, please sign this letter and return it to our office by no later than September 1, 2020.

Sincerely,

*Terra M. Bamford for*
Kerri A. Booth
Assistant County Attorney

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

By my signature below, I, Richard A. Reigenborn, avow that I have read this letter in its entirety, understand all of the terms and provisions contained herein, and agree to abide by all of the terms and provisions contained herein.

_____          08/18/2020
Signature                          Date

AC 008010

BOARD OF COUNTY COMMISSIONERS FOR
ADAMS COUNTY, STATE OF COLORADO

RESOLUTION REGARDING DEFENSE AND INDEMNIFICATION OF RICHARD A.
REIGENBORN AS A DEFENDANT PURSUANT TO C.R.S. § 24-10-101, ET SEQ.

Resolution 2020-421

WHEREAS, Adams County is a public entity pursuant to the Colorado Governmental Immunity Act; and,

WHEREAS, Adams County is obligated to bear the cost of the defense of its elected officials and employees and pay all judgments entered against its elected officials and employees pursuant to the Colorado Governmental Immunity Act so long as they acted within the course and scope of their employment and their acts were not willful and wanton; and,

WHEREAS, Richard A. Reigenborn has been sued in the matter of *Timothy James Coates, et al. v. the Adams County Sheriff's Office, et al.* filed in the U.S. District Court, Case Number 20-cv-01936-STV, with said Defendant being an elected official of Adams County at the time of the incident described in the Complaint; and,

WHEREAS, initial investigation has revealed to the satisfaction of the Board of County Commissioners and the determination has been made that the Defendant appears to have acted within the course and scope of his employment and his actions do not appear to be willful and wanton; and,

WHEREAS, pursuant to C.R.S. §§ 24-10-110, 24-10-113 and 24-10-118(5) Adams County hereby determines that it is in the public interest to bear the cost of defense for the Defendant against all asserted claims for compensatory and punitive damages which may be pled and to pay or settle any such compensatory and punitive damage claims against said Defendant; and,

WHEREAS, in exchange for such defense, the Defendant is required to cooperate fully in the defense of this matter, including but not limited to, assisting in the discovery process, participating in mediation, facilitation, or other measures deemed appropriate by the Board of County Commissioners, and Defendant acknowledges that Adams County may settle on behalf of the Defendant any or all asserted claims, including those for personal liability and punitive damages.

NOW, THEREFORE, BE IT RESOLVED, by the Board of County Commissioners of the County of Adams, State of Colorado, that Adams County shall bear the cost of defense for Richard A. Reigenborn against all asserted claims for compensatory and punitive damages which may be pled and to pay or settle any such compensatory and punitive damage claims against said Defendant in the matter of *Timothy James Coates, et al. v. the Adams County Sheriff's Office, et al.*

IT IS FURTHER RESOLVED that the Adams County Attorney is directed to enter her appearance as counsel for Defendant and to defend this matter.

**Upon motion duly made and seconded the foregoing resolution was adopted by the following vote:**

|  |  |
|---|---|
| **Henry** | **Aye** |
| **Tedesco** | **Aye** |
| **Pinter** | **Aye** |
| **O'Dorisio** | **Aye** |
| **Hodge** | **Aye** |
| | **Commissioners** |

**STATE OF COLORADO   )**
**County of Adams          )**

**I,   Josh Zygielbaum   , County Clerk and ex-officio Clerk of the Board of County Commissioners in and for the County and State aforesaid do hereby certify that the annexed and foregoing Order is truly copied from the Records of the Proceedings of the Board of County Commissioners for said Adams County, now in my office.**

**IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said County, at Brighton, Colorado this 28th day of July A.D. 2020.**

**County Clerk and ex-officio Clerk of the Board of County Commissioners**

**Josh Zygielbaum:**

**By:**




**Deputy**

AC 008012