IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 20-cv-01936-STV | Date: November 15, 2023 |
| Courtroom Deputy: Monique Ortiz | FTR – Reporter Deck-Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| TIMOTHY JAMES COATES, | Felipe Bohnet-Gomez |
| GENE CLAPS, | Iris Halpern |
| MARK MITCHELL, and | |
| KEVIN CURRIER, | |
| Plaintiff, | |
| v. | |
| RICHARD A. REIGENBORN | Kerri Booth |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**STATUS CONFERENCE**
**Court in session:**   3:04 p.m.
Court calls case. Appearances of counsel.

This matter is before the court for a status of the case and after appeal from the 10th Circuit and the dismissal of that appeal.

Discussion regarding the status of the case.

For the reasons stated on the record, it is:

**ORDERED:**   A further Status Conference is set for **December 21, 2023 at 9:00 a.m.** before Magistrate Judge Varholak in courtroom A402.

HEARING CONCLUDED.

**Court in recess:** 3:15 p.m.
Total time in court: 00:11

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.