# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

---

Nos. 22-1339 & 22-1434
Coates, et al. v. Reigenborn, et al.,
(D.C. No. 1:20-CV-01936-STV)

---

## STATEMENT OF COSTS

The following itemized costs are certified in the captioned case in favor of appellee and against appellant. *See* Fed. R. App. P. 39. Per Fed. R. App. P. 39(d)(3), this statement of costs becomes effective the date the mandate issues. If the mandate has issued already, the statement acts as a supplement to that mandate.

Docket Fees                                                    $        0.00

**PRINTING EXPENSE:**

Appellees' Principal Brief printing $149.30
Appellees' Reply Brief printing $60.48

**TOTAL PRINTING EXPENSE**                                     $      154.00

**OTHER COSTS:**

                                                               $        0.00

_____

_____

_____

**GRAND TOTAL, STATEMENT OF COSTS**                            $      154.00

It is requested that these costs be added to the mandate in accordance with the provisions of Rule 39 of the Federal Rules of Appellate Procedure.

Entered for the Court,

Christopher M. Wolpert
Clerk of the Court