# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

_____

Nos. 22-1339 & 22-1434
Coates, et al. v. Reigenborn, et al.,
(D.C. No. 1:20-CV-01936-STV)

_____

## STATEMENT OF COSTS

The following itemized costs are certified in the captioned case in favor of appellee and against appellant. *See* Fed. R. App. P. 39. Per Fed. R. App. P. 39(d)(3), this statement of costs becomes effective the date the mandate issues. If the mandate has issued already, the statement acts as a supplement to that mandate.

| | |
|---|---|
| Docket Fees | $ 0.00 |
| **PRINTING EXPENSE:** | |
| Appellees' Principal Brief printing $149.30 | |
| Appellees' Reply Brief printing $60.48 | |
| **TOTAL PRINTING EXPENSE** | $ 154.00 |
| **OTHER COSTS:** | |
| | $ 0.00 |
| **GRAND TOTAL, STATEMENT OF COSTS** | $ 154.00 |

It is requested that these costs be added to the mandate in accordance with the provisions of Rule 39 of the Federal Rules of Appellate Procedure.

Entered for the Court,

Christopher M. Wolpert
Clerk of the Court

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

November 14, 2023

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:** 22-1339, 22-1434, Coates, et al v. Reigenborn, et al
Dist/Ag docket: 1:20-CV-01936-STV

Dear Clerk:

Please be advised that a statement of costs for this case issued today. It supplements the previously-issued mandate of this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Felipe Bohnet-Gomez
      Kerri Ann Booth
      Kasandra R. Carleton
      Iris Halpern
      Heidi Michelle Miller
      Siddhartha Hardas Rathod
      Michael A. Sink

CMW/lg