IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-01936-STV

TIMOTHY JAMES COATES,
GENE CLAPS,
MARK MITCHELL, and
KEVIN CURRIER

    Plaintiffs,

v.

RICHARD A. REIGENBORN, in his individual capacity, and
GENE CLAPS, in his official capacity as Adams County Sheriff

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW, Nicholas C. Poppe of Nathan Dumm & Mayer P.C., an attorney duly licensed to appear before this Court, and hereby enters his appearance on behalf of Defendant Gene Claps, in his official capacity as Adams County Sheriff.

DATED this 21st day of December, 2023.

                                              *s/Nick Poppe*
                                              Nicholas C. Poppe
                                              NATHAN DUMM & MAYER P. C.
                                              7900 E. Union Avenue, Suite 600
                                              Denver, CO 80237-2776
                                              Telephone: (303) 691-3737
                                              Facsimile: (303) 757-5106
                                              ATTORNEY FOR GENE CLAPS IN HIS
                                              OFFICIAL CAPACITY AS ADAMS COUNTY
                                              SHERIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2023 I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** using the CM/ECF system which will send notification of such filing to the following:

**Felipe S. Bohnet-Gomez**
**Siddhartha H. Rathod**
**Iris Halpern**
Rathod Mohamedbhai LLC
2701 Lawrence Street
Suite 100
Denver, CO 80205
303-578-4400
Fax: 303-578-4401
Email: fbg@rmlawyers.com
Email: sr@rmlawyers.com
Email: ih@rmlawyers.com
*Attorneys for Plaintiffs*

**Kerri Ann Booth**
**Michael Alex Sink**
**Scott Barrett Blaha**
Adams County Attorney's Office
4400 South Adams County Parkway
Suite C5000B
Brighton, CO 80601
720-523-6116
Fax: 720-523-6114
Email: kbooth@adcogov.org
Email: msink@adocogov.org
Email: sblaha@adcogov.org

*s/Nick Poppe*
Nicholas C. Poppe
Attorneys for Defendant
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 691-3737
Facsimile: (303) 757-5106
NPoppe@ndm-law.com