IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

Civil Action: 20-cv-01936-STV         Date:  December 21, 2023
Courtroom Deputy: Robert R. Keech     FTR – Reporter Deck-Courtroom A402

| *Parties:* | *Counsel:* |
|---|---|
| TIMOTHY JAMES COATES, GENE CLAPS, MARK MITCHELL, and KEVIN CURRIER, | Felipe S. Bohnet-Gomez |
| Plaintiffs, | |
| v. | |
| RICHARD A. REIGENBORN, | Michael A. Sink |
| Defendant. | |

---

## COURTROOM MINUTES/MINUTE ORDER

---

**STATUS CONFERENCE**
**Court in session:     8:57 a.m.**
Court calls case.  Appearances of counsel.  Katherine Pratt and Nicholas Poppe are also present and have not yet entered appearances.

This matter is before the court for a status of the case.

For the reasons stated on the record, it is:

**ORDERED:**        Plaintiffs shall file amended complaint by **January 5, 2024.**

Status conference set for **February 13, 2024, at 1:30 p.m.**, in Courtroom A-402.

HEARING CONCLUDED.

**Court in recess:     9:13 a.m.**
Total time in court:  00:16

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.