**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-1936-STV

TIMOTHY JAMES COATES, GENE CLAPS, MARK MITCHELL, and KEVIN CURRIER

    Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF ADAMS, a governmental entity, and
RICHARD A. REIGENBORN, in his individual capacity,

    Defendants.
_____

**Notice of Filing of Amended Complaint**
_____

Plaintiffs hereby give notice that they have filed an amended complaint, pursuant to the Court's December 21, 2023 Order directing Plaintiffs to file an amended complaint substituting the Board of Commissions for the County of Adams as the municipal defendant. *See* ECF No. 105. A redlined copy of the amended complaint is attached as an exhibit to this notice.

Respectfully submitted this December 22, 2023.

                                                                     RATHOD | MOHAMEDBHAI LLC

                                                                     *s/ Felipe Bohnet-Gomez*
                                                                     Felipe Bohnet-Gomez
                                                                     2701 Lawrence Street, Suite 100
                                                                     Denver, CO 80205
                                                                     (303) 578-4400
                                                                     fbg@rmlawyers.com

                                                                     *Attorneys for Plaintiff*