**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01936-STV

TIMOTHY JAMES COATES,
GENE CLAPS,
MARK MITCHELL, and
KEVIN CURRIER,

    Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF ADAMS,
a governmental entity, and
RICHARD A. REIGENBORN, in his individual capacity,

    Defendants.

**NOTICE OF ENTRY OF APPEARANCE**

    Katherine M.L. Pratt, of Wells, Anderson & Race, LLC hereby enters her appearance on behalf of Defendant The Board of County Commissioners for the County of Adams in the above-referenced matter. Ms. Pratt certifies that she is a member in good standing of the bar of this Court.

    Dated this 27th day of December 2023.

                      Respectfully submitted,

                      **WELLS, ANDERSON & RACE, LLC**

    By:   *S/ Katherine M.L. Pratt*
              Katherine M.L. Pratt
              1700 Broadway, Suite 900
              Denver, CO 80290
              Telephone: (303) 830-1212
              Email: kpratt@warllc.com

*Attorney for Defendant The Board of County Commissioners for the County of Adams*
*Original Signature on File at the Offices of Wells, Anderson & Race, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2023, I electronically filed the foregoing, **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the United States District Court for the District of Colorado using the CM/ECF system, which will email to the following:

| | |
|---|---|
| Felipe Bohnet-Gomez<br>Iris Halpern<br>Siddhartha Rathod<br>2701 Lawrence St., Suite 100<br>Denver, CO 80205<br>fbg@rmlawyers.com<br>ih@rmlawyers.com<br>sr@rmlawyers.com<br><br>*Attorney for Plaintiffs*<br><br>Michael A. Sink<br>Assistant County Attorney<br>Adams County Attorney's Office<br>4430 S. Adams County Pkwy<br>5th Floor, Suite C5000B<br>Brighton, CO  80601<br>msink@adcogov.org<br><br>*Attorney for Defendant Sheriff Reigenborn* | Nicholas C. Poppe<br>NATHAN DUMM & MAYER P. C.<br>7900 E. Union Avenue, Suite 600<br>Denver, CO 80237-2776<br><br>*Attorney for Defendant Gene Claps* |

*S/ Kathleen Porter*
Kathleen Porter

*Original Signature on File at the Offices of Wells, Anderson & Race, LLC*

2