**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01936-STV

TIMOTHY JAMES COATES,
GENE CLAPS,
MARK MITCHELL, and
KEVIN CURRIER,

    Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF ADAMS,
a governmental entity, and
RICHARD A. REIGENBORN, in his individual capacity,

    Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

---

Saugat K. Thapa, of Wells, Anderson & Race, LLC, hereby enters his appearance on behalf of Defendant The Board of County Commissioners for the County of Adams in the above-referenced matter. Mr. Thapa certifies that he is a member in good standing of the bar of this Court.

Dated this 2nd day of January 2024.

                                            Respectfully submitted,

                                            **WELLS, ANDERSON & RACE, LLC**

By:   *S/ Saugat K. Thapa*
        Katherine M.L. Pratt
        Saugat K. Thapa
        1700 Broadway, Suite 900

Denver, CO 80290
Telephone: (303) 830-1212
Email: kpratt@warllc.com
sthapa@warllc.com

*Attorneys for Defendant The Board of County Commissioners for the County of Adams*
*Original Signature on File at the Offices of Wells, Anderson & Race, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2024, I electronically filed the foregoing, **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the United States District Court for the District of Colorado using the CM/ECF system, which will email to the following:

Felipe Bohnet-Gomez
Iris Halpern
Siddhartha Rathod
2701 Lawrence St., Suite 100
Denver, CO 80205
fbg@rmlawyers.com
ih@rmlawyers.com
sr@rmlawyers.com

*Attorney for Plaintiffs*

Michael A. Sink
Assistant County Attorney
Adams County Attorney's Office
4430 S. Adams County Pkwy
5th Floor, Suite C5000B
Brighton, CO 80601
msink@adcogov.org

*Attorney for Defendant Sheriff Reigenborn*

Nicholas C. Poppe
NATHAN DUMM & MAYER P. C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776

*Attorney for Defendant Gene Claps*

*S/ Kathleen Porter*
Kathleen Porter

*Original Signature on File at the Offices of Wells, Anderson & Race, LLC*

2