**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01936-STV

TIMOTHY JAMES COATES;
GENE CLAPS;
MARK MITCHELL; and
KEVIN CURRIER

    Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF ADAMS, a governmental entity; and
RICHARD A. REIGENBORN, in his individual capacity

    Defendants.

_____

**STIPULATION FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT [ECF 105] PURSUANT TO D.C.COLO.LCivR 6.1**
_____

Plaintiffs and Defendant Richard A. Reigenborn, by and through their respective counsel, hereby stipulate pursuant to D.C.COLO.LCivR 6.1(a) to an extension of time of 21 days until January 26, 2024, for the submission of a response to Plaintiffs' First Amended Complaint [ECF 105].

DATED: January 4, 2024.

Respectfully submitted,

| | |
|---|---|
| *s/Felipe Bohnet-Gomez* | *s/Michael A. Sink* |
| Felipe Bohnet-Gomez | Michael A. Sink |
| Iris Halpern | Assistant County Attorney |
| 2701 Lawrence St. ,Ste. 100 | Adams County Attorney's Office |
| Denver, CO 80205 | 4430 S. Adams County Pkwy |
| (303) 578-4400 | 5th Floor, Suite C5000B |
| ih@rmlawyers.com | Brighton, CO  80601 |
| fbg@rmlawyers.com | Phone:  (720) 523-6116 |
| *Attorneys for Plaintiffs* | Fax:  (720) 523-6114 |
| | msink@adcogov.org |
| | *Attorney for Defendant* |
| | *Richard A. Reigenborn* |

2

# CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/Michael A. Sink
Michael A. Sink
Assistant County Attorney
Adams County Attorney's Office
4430 S. Adams County Pkwy
5th Floor, Suite C5000B
Brighton, CO  80601
Phone:  (720) 523-6116
Fax:  (720) 523-6114
msink@adcogov.org
*Attorney for Defendant*
*Richard A. Reigenborn*
