**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01936-STV

TIMOTHY JAMES COATES,
GENE CLAPS,
MARK MITCHELL, and
KEVIN CURRIER,

      Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF ADAMS,
a governmental entity, and
RICHARD A. REIGENBORN, in his individual capacity,

      Defendants.

---

**NOTICE OF FILING OF SUBSTITUTED ANSWER, DEFENSES, AND AFFIRMATIVE DEFENSES OF THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ADAMS TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

---

Defendant Board of County Commissioners of the County of Adams (the "County"), by and through undersigned counsel, Katherine M.L. Pratt and Saugat K. Thapa of Wells, Anderson & Race, LLC, hereby gives notice that it has filed a substituted answer, defenses, and affirmative defenses after substantive conferral with Plaintiffs' counsel via telephone on January 17, 2024. The substituted answers track the answers of the prior parties-defendant in accordance with the Court's statements on the record in open court on December 21, 2023. However, the County does not concede that it is the proper entity defendant in this civil action or that it employed the Plaintiffs.

Dated this 19th day of January, 2024.

                Respectfully submitted,

                **WELLS, ANDERSON & RACE, LLC**

By:   *S/ Katherine M.L. Pratt*
       Katherine M.L. Pratt
       Saugat K. Thapa
       1700 Broadway, Suite 900
       Denver, CO 80290
       Telephone: (303) 830-1212
       Email: kpratt@warllc.com
       Email: sthapa@warllc.com

*Attorneys for Defendant The Board of County Commissioners for the County of Adams*
*Original Signature on File at the Offices of Wells, Anderson & Race, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2024, I electronically filed the foregoing, **NOTICE OF FILING OF SUBSTITUTED ANSWER, DEFENSES, AND AFFIRMATIVE DEFENSES OF THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ADAMS TO PLAINTIFFS' FIRST AMENDED COMPLAINT** with the Clerk of the United States District Court for the District of Colorado using the CM/ECF system, which will email to the following:

Felipe Bohnet-Gomez
Iris Halpern
Siddhartha Rathod
2701 Lawrence St., Suite 100
Denver, CO 80205
fbg@rmlawyers.com
ih@rmlawyers.com
sr@rmlawyers.com

*Attorney for Plaintiffs*

Michael A. Sink
Assistant County Attorney
Adams County Attorney's Office
4430 S. Adams County Pkwy
5th Floor, Suite C5000B
Brighton, CO  80601
msink@adcogov.org

*Attorney for Defendant Sheriff Reigenborn*

Nicholas C. Poppe
NATHAN DUMM & MAYER P. C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
*npoppe@ndm-law.com*

*Attorney for Defendant Gene Claps*

*S/ Kathleen Porter*
Kathleen Porter

*Original Signature on File at the Offices of Wells, Anderson & Race, LLC*

3