IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:       20-cv-01936-STV | Date: January 24, 2025 |
| Courtroom Deputy:   Sonia Chaplin | Court Reporter:  Sadie Herbert |

| *Parties* | *Counsel* |
|---|---|
| TIMOTHY JAMES COATES, <br> GENE CLAPS, <br> MARK MITCHELL and <br> KEVIN CURRIER <br><br> **Plaintiff,** <br><br> v. <br><br> BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF ADAMS <br><br> **Defendant.** | *Felipe S. Bohnet-Gomez* <br> *Virginia Hill Butler* <br> *Iris Halpern* <br> *Siddhartha H. Rathod* <br><br><br><br><br><br> *Katherine M.L. Pratt* <br> *Christy Noelle Redmond* <br> *Saugat K. Thapa* |

## COURTROOM MINUTES

**JURY TRIAL DAY FOUR**

**Court in session:**     8:28 a.m.

Appearances of counsel.  Present at Plaintiff's counsel table are Plaintiffs Timothy James Coates, Gene Claps, Mark Mitchell and Kevin Currier.  The trial technology specialist present is Jon Heeter.

The Court has reviewed the filed briefing and is prepared to rule on Plaintiff's request to add Mr. Lawson as a rebuttal witness.

**ORDERED:**        Mr. Lawson's testimony is not permitted.

Katherine Pratt addresses the issue of testimony on conspiracy. Iris Halpern responds.

The Court will take each question as it's asked and will take each objection as it comes.

Jury present.

8:37 a.m.        Continuing direct examination of Mark Mitchell by Felipe Bohnet-Gomez.

Felipe Bohnet-Gomez moves to admit Exhibit #12 and there are no objections.

**Exhibit #12: admitted.**

Felipe Bohnet-Gomez moves to admit Exhibit #38 and there are no objections.

**Exhibit #38: admitted.**

9:02 a.m.        Cross examination of Mark Mitchell by Katherine Pratt.

Exhibit Z: previously admitted and published to the jury.

Mr. Mitchell is given the deposition binder and instructed to flip to the tab labeled with his name.

Exhibit #87: previously admitted and published to the jury.

9:16 a.m.        Redirect examination of Mark Mitchell by Felipe Bohnet-Gomez.

Witness excused.

Plaintiff's and defendant's witness, William Dunning, called and sworn.

9:19 a.m.        Direct examination of William Dunning by Felipe Bohnet-Gomez.

9:37 a.m.        Cross examination of William Dunning by Christy Redmond.

Exhibit #96: previously admitted and published for the jury.

Christy Redmond introduces Exhibit #69 to the witness and to the parties.

9:48 a.m.        Redirect examination of William Dunning by Felipe Bohnet-Gomez.

Felipe Bohnet-Gomez moves to admit Exhibit #69 and there are no objections.

**Exhibit #69: admitted.**

Jury excused.

The Court provides counsel with jury instructions and a verdict form to review.

**Court in recess:**     9:57 a.m.
**Court in session:**    10:21 a.m.

Plaintiff's and defendant's witness, Tommie McLallen, called and sworn.

10:22 a.m.    Direct examination of Tommie McLallen by Iris Halpern.

Iris Halpern moves to admit Exhibit #109. Saugat Thapa objects.

10:27 a.m.    Bench conference.

The Court **sustains** the objection.

10:35 a.m.    Bench conference.

Iris Halpern moves to admit Exhibit #52 and there are no objections.

**Exhibit #52: admitted.**

Iris Halpern moves to admit Exhibit #64 and there are no objections.

**Exhibit #64: admitted.**

Iris Halpern moves to admit Exhibit #62 and there are no objections.

**Exhibit #62: admitted.**

Iris Halpern moves to admit Exhibit #63 and there are no objections.

**Exhibit #63: admitted.**

Iris Halpern moves to admit Exhibit #70 and there are no objections.

**Exhibit #70: admitted.**

(Iris Halpern displays Mr. McLallen's deposition testimony several times just for the witness and the parties.)

11:21 a.m.    Cross examination of Tommie McLallen by Saugat Thapa.

Plaintiffs have no further questions.

Witness excused.

Plaintiff's and defendant's witness, Terrance O'Neill, called and sworn.

11:31 a.m.      Direct examination of Terrance O'Neill by Virginia Butler.

(Virginia Butler displays Mr. O'Neill's deposition testimony several times just for the witness and the parties.)

**Court in recess:**      **11:55 a.m.**
**Court in session:**     **1:08 p.m.**

1:10 p.m.       Cross examination of Terrance O'Neill by Christy Redmond.

The deposition binder is introduced to the witness. Mr. O'Neill is directed to turn to the tab labeled with his name. This contains Mr. O'Neill's transcript.

Plaintiffs have no further questions.

Witness excused.

Plaintiff's witness, Gene Claps, called and sworn.

1:23 p.m.       Direct examination of Gene Claps by Virginia Butler.

Exhibit Y: previously admitted and published to the jury.

Exhibit #74: previously admitted and published to the jury.

Exhibit #18(a): previously admitted and published to the jury.

**Court in recess:**      **2:56 p.m.**
**Court in session:**     **3:22 p.m.**

3:23 p.m.       Continuing direct examination of Gene Claps by Virginia Butler.

Virginia Butler moves to admit Exhibit #37 and there are no objections.

**Exhibit #37: admitted.**

Exhibit #59: previously admitted and published to the jury.

Exhibit #98: previously admitted and published to the jury.

3:56 p.m.       Cross examination of Gene Claps by Katherine Pratt.

The deposition binder is introduced to the witness. Mr. Claps is directed to turn to the tab labeled with his name. This contains Mr. Claps's transcript.

4:08 p.m.        Redirect examination of Gene Claps by Virginia Butler.

Questions submitted by the jury.

4:11 p.m.        Bench conference.

4:14 p.m.        The Court directs the questions to the witness.

Witness excused.

Plaintiffs rest their case.

4:16 p.m.        Jury excused to return Monday January 27, 2025, at 9:00 a.m.


The Court instructs the parties to be present Monday morning at 8:15 a.m. to take up the halftime motion.


Court in Recess: 4:18 p.m.            Trial continued.            Total time in Court:  5:47