IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:   20-cv-01936-STV | Date: January 28, 2025 |
| Courtroom Deputy:   Sonia Chaplin | Court Reporter: Sadie Herbert |

| *Parties* | *Counsel* |
|---|---|
| TIMOTHY JAMES COATES, GENE CLAPS, MARK MITCHELL and KEVIN CURRIER     **Plaintiff,**     v.     BOARD OF COUNTY COMMISSIONERS FOR THE COUNTY OF ADAMS     **Defendant.** | *Felipe S. Bohnet-Gomez* *Virginia Hill Butler* *Iris Halpern* *Siddhartha H. Rathod*       *Katherine M.L. Pratt* *Christy Noelle Redmond* *Saugat K. Thapa* |

## COURTROOM MINUTES

**JURY TRIAL DAY SIX**

Off record: **ORDERED:** Lunch to be provided to the jury throughout deliberations beginning today.

**Court in session:** 8:31 a.m.

Appearances of counsel. Present at Plaintiff's counsel table are Plaintiffs Timothy James Coates, Gene Claps, Mark Mitchell and Kevin Currier. The trial technology specialist present is Jon Heeter.

Discussion held regarding the jury instructions.

Arguments by counsel.

**Court in recess:** 8:45 a.m.
**Court in session:** 9:00 a.m.

Jury present.

Court reads the final jury instructions.

**Court in recess:**     9:43 a.m.
**Court in session:**    10:07 a.m.

10:08 a.m.     Plaintiff's closing argument by Iris Halpern.

10:46 a.m.     Defendant's closing argument by Katherine Pratt.

11:20 a.m.     Plaintiff's rebuttal closing argument by Iris Halpern.

Jury instructed.

Bailiff Oath to the Courtroom Deputy.

11:32 a.m.     Jury excused to begin deliberations.

**Court in recess:**     11:34 a.m.
**Court in session:**    12:16 p.m.

Jury deliberation question reviewed with counsel.

Deliberation question answered.

**Court in recess:**     12:24 p.m.
**Court in session:**    1:48 p.m.

Jury is present.

Jury Foreperson reads verdict.

Court thanks jury for their service. Jury is dismissed.


Court in Recess: 1:59 p.m.          Trial concluded.          Total time in Court: 2:43


Off record: **ORDERED:** Parties shall submit a proposed judgment fourteen (14) days from todays date.

**ORDERED:** At the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

*Clerk's Note: All original exhibits and depositions were returned to counsel or a representative of counsel at the conclusion of the trial.*